HOFFMAN *v.* SIMPSON.

QUITCLAIM DEEDS—BONA FIDE PURCHASER.

A purchaser by quitclaim deed is not a *bona fide* purchaser, within the recording laws.

Error to Crawford; Sharpe, J.    Submitted October 4, 1899.    Decided October 6, 1899.

Replevin by John M. Hoffman against William H. Simpson and others.    From a judgment for defendants on verdict directed by the court, plaintiff brings error.    Affirmed.

*Phillips & Jenks*, for appellant.

*Main J. Connine*, for appellees.

PER CURIAM. Plaintiff claims title to the land in question by virtue of a quitclaim deed. The controlling question is the same as that in *Peters* v. *Cartier*, 80 Mich. 124 (20 Am. St. Rep. 508), and *Beakley* v. *Robert*, 120 Mich. 209. The court directed a verdict for the defendants upon the ground that plaintiff was not a *bona fide* purchaser.

Judgment affirmed.